UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| RONNIE K. HONGO<br>DOC #98420 | : | CIVIL ACTION NO. 5:17-CV-15<br>SECTION P |
| VERSES | : | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN, ET AL | : | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

IT IS ORDERED that the plaintiff's civil rights complaint is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and (ii).

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

Shreveport, Louisiana, this _____ day of _____, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE